# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 164 MAL 2023

           Respondent           :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

           v.                        :

                                       :

BRIAN D. GORDON,                 :

           Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.